# NO. 12-23-00179-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JOHNNY D. BUFORD,*<br>*APPELLANT* | *§* | *APPEAL FROM THE* |
| *V.* | *§* | *COUNTY COURT AT LAW NO. 3* |
| *VERNON MILLING COMPANY, INC.*<br>*AND JOHN DOE, TRUCK DRIVER,*<br>*APPELLEES* | *§* | *SMITH COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3.

Johnny D. Buford filed a pro se notice of appeal on July 11, 2023. Pursuant to Rule 32.1, the docketing statement was due to have been filed at the time appeal was perfected. *See* TEX. R. APP. P. 32.1. That same day, the Clerk of this Court requested that Appellant file a docketing statement within ten days if he had not already done so. Appellant did not file a docketing statement as requested.

On August 2, the Clerk of this Court issued a notice advising Appellant that the docketing statement was past due. The notice provided that unless the docketing statement was filed on or before August 14, the appeal would be presented for dismissal in accordance with Texas Rule of Appellate Procedure 42.3. Appellant did not file the required docketing statement or otherwise respond to this Court's notice.

Accordingly, because Appellant failed, after notice, to comply with Rule 32.1, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c) (after giving ten days' notice, appellate court may dismiss appeal because appellant failed to comply with a requirement of the appellate rules, a

1

court order, or a notice from the clerk requiring a response or other action within a specified time).

Opinion delivered on August 31, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 31, 2023**

**NO. 12-23-00179-CV**

**JOHNNY D. BUFORD,**
Appellant
V.
**VERNON MILLING COMPANY, INC. AND JOHN DOE, TRUCK DRIVER,**
Appellees

---

Appeal from the County Court at Law No 3

of Smith County, Texas (Tr.Ct.No. 72827-B)

---

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*